1  EMILY A. REITMEIER (SBN 305512)
   emily.reitmeier@probonolaw.com
2  JOSHUA S. BROWN (SBN 344711)
   joshua.brown@probonolaw.com
3  CHRISTIAN D. SOLER (SBN 346693)
   christian.soler@probonolaw.com
4  525 University Avenue
   Palo Alto, California 94301
5  Telephone: (650) 470-4500
   Facsimile:  (650) 470-4570
6
   *Attorneys for Plaintiffs*
7

8

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11               **SAN FRANCISCO DIVISION**

12
   KARINA R.L.L. and HECTOR E.C.L.,        )  Case No. 3:23-CV-04792-CRB
13                                          )
           Plaintiffs,                      )  **STIPULATED REQUEST FOR AN ORDER**
14                                          )  **MODIFYING BRIEFING SCHEDULE,**
       v.                                   )  **HEARING DATE, AND CASE MANAGEMENT**
15                                          )  **CONFERENCE; [PROPOSED] ORDER; AND**
   UNITED STATES OF AMERICA,                )
16                                          )  **DECLARATION OF JOSHUA S. BROWN**
           Defendant.                       )  **(Filed Under Separate Cover)**
17                                          )
                                            )
18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## JOINT STIPULATION

Pursuant to Civil Local Rule 6-2, Plaintiffs Karina R.L.L. and Hector E.C.L., along with Defendant the United States of America (together, the "Parties"), by and through their undersigned counsel, and supported by the Declaration of Joshua S. Brown filed with this Stipulation, have agreed to the following statement of facts, and respectfully request the Court adopt the following Stipulation:

WHEREAS, on November 21, 2023, Defendant filed a Motion to Dismiss or, in the Alternative, Motion to Strike Claim for Punitive Damages (Doc. No. 27) (the "Motion") (Brown Decl. ¶ 3);

WHEREAS, on November 28, 2023, the Parties filed a Joint Stipulation seeking an extension of the time to file Plaintiff's Opposition and Defendant's Reply to the Motion (Doc. No. 29) (*id.* at ¶ 4);

WHEREAS, on November 29, 2023, the Court granted the Parties' requested extension of time to file Plaintiff's Opposition and Defendant's Reply (Doc. No. 30) (*id.* at ¶ 4);

WHEREAS, on December 5, 2023, the Parties filed a Joint Stipulation seeking another extension of the time to file Plaintiff's Opposition and Defendant's Reply to the Motion (Doc. No. 31) (*id.* at ¶ 5);

WHEREAS, on December 7, 2023, the Court again granted the Parties' requested extension of time to file Plaintiff's Opposition and Defendant's Reply (Doc. No. 32) (*id.* at ¶ 5);

WHEREAS, under the current schedule, Plaintiffs' Opposition must be filed and served by February 11, 2024, Defendant's Reply must be filed and served by February 21, 2024, and the hearing on Defendant's Motion before this Court is set for March 8, 2024 (*id.* at ¶ 6);

WHEREAS, the Initial Case Management Conference is set for June 7, 2024 (*id.* at ¶ 7);

WHEREAS, the Parties have met and conferred, and have reached an agreement to further extend the deadlines to file Plaintiff's Opposition and Defendant's Reply by approximately 60 days (*id.* at ¶ 8);

WHEREAS, the Parties have been engaging in productive settlement negotiations and have stipulated to this request to allow sufficient time for the Parties to continue to engage in focused efforts to determine whether Plaintiffs' claims can be resolved without judicial intervention (*id.* at ¶ 9);

WHEREAS, this extension of time will require the March 8, 2024 hearing on Defendant's Motion to be rescheduled to a date and time which is convenient to the Court (*id.* at ¶ 10);

WHEREAS, there have been only two previous time modifications in this case (referenced above)

1    to the briefing schedule for Defendant's Motion (*id.* at ¶ 11); and

2        WHEREAS, the requested modifications would again briefly extend the schedule for briefing and

3    hearing Defendant's Motion and thus the schedule for the case.  This is not intended for purposes of delay,

4    but rather to potentially resolve Plaintiffs' claims and engage in focused, good-faith settlement

5    negotiations for a limited further period of time (*id.* at ¶ 12).

6        NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Civil

7    Rule 6-2, by and between the undersigned counsel for the Parties, as follows:

8        1.  The deadline for Plaintiffs to file an Opposition to the Motion is April 11, 2024.

9        2.  The deadline for Defendant to file a Reply in Support of its Motion is April 25, 2024.

10       3.  The hearing on Defendant's Motion is rescheduled to a date and time convenient to the Court.

11

12                                       So Stipulated:

13   Dated: January 31, 2024          By:   /s/ *Emily A. Reitmeier*
                                             EMILY A. REITMEIER
                                             JOSHUA S. BROWN
14                                           CHRISTIAN D. SOLER
                                             525 University Avenue
15                                           Palo Alto, California 94301
                                             emily.reitmeier@probonolaw.com
16                                           *Attorneys for Plaintiffs*

17

18   Dated: January 31, 2024          By:   ISMAIL J. RAMSEY
                                             United States Attorney
19

20                                           /s/ *Michael A. Keough*
                                             MICHAEL A. KEOUGH
21                                           VALERIE E. SMITH
                                             Assistant United States Attorneys
22

23                                           *Attorneys for Defendants*

24

25

26

27

28

**STIPULATED REQUEST AND [PROPOSED] ORDER RE: SCHEDULE**                    **3:23-CV-04792-CRB**

1

2

### SIGNATURE OF CERTIFICATION

3

4

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

5

6

Dated: January 31, 2024          By:     /s/ *Emily A. Reitmeier*

7                                                                  EMILY A. REITMEIER

8                                                                  JOSHUA S. BROWN

9                                                                  CHRISTIAN D. SOLER

10                                                                 525 University Avenue

11                                                                 Palo Alto, California 94301

12                                                                 emily.reitmeier@probonolaw.com

13                                                                 *Attorneys for Plaintiffs*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATED REQUEST AND [PROPOSED] ORDER RE: SCHEDULE**          **3:23-CV-04792-CRB**

**[PROPOSED] ORDER**

Upon consideration of the Parties' Stipulated Request, the requested changes to the case schedule are GRANTED.  It is ORDERED that:

1.   The deadline for Plaintiffs to file an Opposition to the Motion is April 11, 2024.

2.   The deadline for Defendant to file a Reply in Support of its Motion is April 25, 2024.

3.   The hearing on Defendant's Motion is rescheduled to _____.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____

_____
THE HON. CHARLES R. BREYER
United States District Judge

**STIPULATED REQUEST AND [PROPOSED] ORDER RE: SCHEDULE**                    **3:23-CV-04792-CRB**