EMILY A. REITMEIER (SBN 305512)
emily.reitmeier@probonolaw.com
JOSHUA S. BROWN (SBN 344711)
joshua.brown@probonolaw.com
CHRISTIAN D. SOLER (SBN 346693)
christian.soler@probonolaw.com
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KARINA R.L.L. and HECTOR E.C.L., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:23-CV-04792-CRB <br><br> **STIPULATED REQUEST FOR AN ORDER MODIFYING BRIEFING SCHEDULE, HEARING DATE, AND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER; AND DECLARATION OF CHRISTIAN D. SOLER (Filed Under Separate Cover)** <br><br> Judge: The Honorable Charles R. Breyer <br> Courtroom: 6 – 17th Floor <br> Complaint filed:  September 18, 2023 |

## JOINT STIPULATION

Pursuant to Civil Local Rule 6-2, Plaintiffs Karina R.L.L. and Hector E.C.L., along with Defendant the United States of America (together, the "Parties"), by and through their undersigned counsel, and supported by the Declaration of Christian D. Soler filed with this Stipulation, have agreed to the following statement of facts, and respectfully request the Court adopt the following Stipulation:

WHEREAS, on November 21, 2023, Defendant filed a Motion to Dismiss or, in the Alternative, Motion to Strike Claim for Punitive Damages (Doc. No. 27) (the "Motion") (Soler Decl. ¶ 3);

WHEREAS, on November 28, 2023, the Parties filed a Joint Stipulation seeking an extension of the time to file Plaintiff's Opposition and Defendant's Reply to the Motion (Doc. No. 29) (*id.* at ¶ 4);

WHEREAS, on November 29, 2023, the Court granted the Parties' requested extension of time to file Plaintiff's Opposition and Defendant's Reply (Doc. No. 30) (*id.* at ¶ 4);

WHEREAS, on December 5, 2023, the Parties filed a Joint Stipulation seeking another extension of the time to file Plaintiff's Opposition and Defendant's Reply to the Motion (Doc. No. 31) (*id.* at ¶ 5);

WHEREAS, on December 7, 2023, the Court again granted the Parties' requested extension of time to file Plaintiff's Opposition and Defendant's Reply (Doc. No. 32) (*id.* at ¶ 5);

WHEREAS, on January 31, 2024, the Parties filed a third Joint Stipulation seeking extension of time to file Plaintiff's Opposition and Defendant's Reply (Doc. No. 33) (*id.* at ¶ 6);

WHEREAS, on February 1, 2024, the Court granted the Parties' third requested extension of time to file Plaintiff's Opposition and Defendant's Reply in light of ongoing settlement discussion between the Parties (Doc. No. 34) (*id.* at ¶ 6);

WHEREAS, under the current schedule, Plaintiffs' Opposition must be filed and served by April 11, 2024, Defendant's Reply must be filed and served by April 25, 2024, and the hearing on Defendant's Motion before this Court is set for May 17, 2024 (*id.* at ¶ 7);

WHEREAS, the Parties have met and conferred, and have reached an agreement to further extend the deadlines to file Plaintiff's Opposition and Defendant's Reply by approximately 60 days (*id.* at ¶ 8);

WHEREAS, the Parties have engaged in productive settlement negotiations and reached an agreement in principle to settle the dispute. The Parties have stipulated to this request to allow sufficient

1  time to finalize the agreement between the Parties and avoid further judicial intervention (*id.* at ¶ 9);

2  WHEREAS, this extension of time will require the May 17, 2024 hearing on Defendant's Motion
3  to be rescheduled to a date and time which is convenient to the Court (*id.* at ¶ 10);

4  WHEREAS, there have been only three previous time modifications in this case (referenced
5  above) to the briefing schedule for Defendant's Motion (*id.* at ¶ 11); and

6  WHEREAS, the requested modifications would again extend the briefing schedule and the hearing
7  on Defendant's Motion. This is not intended for purposes of delay, but rather to resolve Plaintiffs' claims
8  and finalize the agreement to settle the dispute already reached by the Parties (*id.* at ¶ 12).

9  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Civil
10 Rule 6-2, by and between the undersigned counsel for the Parties, as follows:

11  1. The deadline for Plaintiffs to file an Opposition to the Motion is June 11, 2024.

12  2. The deadline for Defendant to file a Reply in Support of its Motion is June 25, 2024.

13  3. The hearing on Defendant's Motion is rescheduled to a date and time convenient to the Court.

So Stipulated:

Dated: March 27, 2024        By:    /s/ *Emily A. Reitmeier*
                                    EMILY A. REITMEIER
                                    JOSHUA S. BROWN
                                    CHRISTIAN D. SOLER
                                    525 University Avenue
                                    Palo Alto, California 94301
                                    emily.reitmeier@probonolaw.com
                                    *Attorneys for Plaintiffs*


Dated: March 27, 2024        By:    ISMAIL J. RAMSEY
                                    United States Attorney

                                    */s/ Michael A. Keough*
                                    MICHAEL A. KEOUGH
                                    VALERIE E. SMITH
                                    Assistant United States Attorneys

                                    *Attorneys for Defendants*

**STIPULATED REQUEST AND [PROPOSED] ORDER RE: SCHEDULE**          3:23-CV-04792-CRB

## SIGNATURE OF CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 27, 2024            By:      /s/ *Emily A. Reitmeier*
                                          EMILY A. REITMEIER
                                          JOSHUA S. BROWN
                                          CHRISTIAN D. SOLER
                                          525 University Avenue
                                          Palo Alto, California 94301
                                          emily.reitmeier@probonolaw.com
                                          *Attorneys for Plaintiffs*

# [~~PROPOSED~~] ORDER

Upon consideration of the Parties' Stipulated Request, the requested changes to the case schedule are GRANTED. It is ORDERED that:

1. The deadline for Plaintiffs to file an Opposition to the Motion is June 11, 2024.
2. The deadline for Defendant to file a Reply in Support of its Motion is June 25, 2024.
3. The hearing on Defendant's Motion is rescheduled to  July 26, 2024 at 10:00 a.m. by video conference

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  March 28, 2024

THE HON. CHARLES R. BREYER
United States District Judge