1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  MICHAEL A. KEOUGH (NYRN 5199666)
   VALERIE E. SMITH (NYRN 5112164)
4  Assistant United States Attorneys

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6878
       Fax: (415) 436-7234
7      michael.keough@usdoj.gov
       valerie.smith2@usdoj.gov
8
   *Attorneys for Defendant*
9  *United States of America*

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13
   KAREN R.L.L. and HENRRY E.C.L.,          ) Case No. 3:23-CV-04792-CRB
14                                          )
              Plaintiffs,                   ) **JOINT NOTICE OF CONDITIONAL**
15                                          ) **SETTLEMENT AND REQUEST TO STAY**
       v.                                   ) **LITIGATION DEADLINES**: ORDER
16                                          )
   UNITED STATES OF AMERICA,                )
17                                          )
              Defendant.                    )
18                                          )
   _____ )
19
       The parties, by and through undersigned counsel, hereby notify the Court that the parties have

20 reached a conditional settlement in this action under the Federal Tort Claims Act, 28 U.S.C. § 2671, et

21 seq. and stipulate and respectfully request that all current deadlines be vacated and the action be stayed,

22 based on the following:

23     1.      The parties have reached a conditional settlement of all claims in this litigation, subject to

24 the approval of the Attorney General of the United States or his designee.

25     2.      Absent a stay pending finalization of the settlement, litigation burden and expense will be

26 incurred that are to be made unnecessary by the pending settlements.

27     3.      The parties stipulate to file a joint status report every 60 days during the stay to keep the

28

Court apprised of the progress of the pending settlement.  It is anticipated that, once the settlement is completed, the parties will file a stipulation for dismissal of all claims.

Therefore, in the interest of judicial economy and efficiency, and to preserve the benefit of the pending settlement, the parties stipulate and respectfully request that the Court enter an order vacating all current deadlines and staying this action pending further stipulation or motion of the parties or Order of the Court.

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

Dated: April 10, 2024          By:      */s/ Michael A. Keough*
                                        MICHAEL A. KEOUGH
                                        VALERIE E. SMITH

                                        *Assistant United States Attorneys*
                                        *Attorneys for Defendant*


                                        /s/ *Emily A. Reitmeier\**

                                        EMILY A. REITMEIER
                                        JOSHUA S. BROWN
                                        CHRISTIAN D. SOLER
                                        525 University Avenue
                                        Palo Alto, California 94301
                                        emily.reitmeier@probonolaw.com

                                        *Attorneys for Plaintiffs*

*\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED that because the parties have reached a conditional settlement of all claims in this litigation:

1.      All present deadlines are hereby vacated.

2.      This action is stayed pending further stipulation or motion of the parties or Order of the Court.

3.      The parties shall file a joint status report within sixty (60) days of the entry of this Order, and every sixty (60) days thereafter, in which they shall keep the Court apprised of the progress of the pending settlement..

Dated: April 11, 2024

_____

UNITED STATES DISTRICT JUDGE