1  EMILY (REITMEIER) HAFFNER (SBN 305512)
   emily.reitmeier@probonolaw.com
2  JOSHUA S. BROWN (SBN 344711)
   joshua.brown@probonolaw.com
3  CHRISTIAN D. SOLER (SBN 346693)
   christian.soler@probonolaw.com
4  525 University Avenue
5  Palo Alto, California 94301
   Telephone: (650) 470-4500
6  Facsimile:  (650) 470-4570

7  *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KARINA R.L.L. and HECTOR E.C.L., | Case No. 3:23-CV-04792-CRB |
| Plaintiffs, | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO VOLUNTARILY DISMISS THE ACTION WITH PREJUDICE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | Judge: The Honorable Charles R. Breyer |
| | Courtroom: 6 – 17th Floor |
| | Complaint filed: September 18, 2023 |

**JOINT STIPULATION TO DISMISS**                                                    **3:23-CV-04792-CRB**
**THE ACTION WITH PREJUDICE**

## JOINT STIPULATION TO DISMISS THE ACTION WITH PREJUDICE

WHEREAS the Parties have met and conferred and reached a final settlement agreement in resolution of Plaintiffs' claims;

IT IS HEREBY STIPULATED AND AGREED by the Parties in the above-captioned action that all claims shall be dismissed under the following terms:

1.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the Plaintiffs have agreed to dismiss all claims against the Defendant with prejudice;

2.) Neither party will seek reimbursement for costs, expenses, or fees related to the filing, prosecution, defense, or ultimate dismissal of this action.

IT IS SO STIPULATED.

Respectfully submitted:

Dated: October 8, 2024        By:        /s/ *Emily (Reitmeier) Haffner*
EMILY (Reitmeier) Haffner
JOSHUA S. BROWN
CHRISTIAN D. SOLER
525 University Avenue
Palo Alto, California 94301
emily.reitmeier@probonolaw.com
*Attorneys for Plaintiffs*

Dated: October 8, 2024        By:        ISMAIL J. RAMSEY
United States Attorney

*/s/ Michael A. Keough*
MICHAEL A. KEOUGH
VALERIE E. SMITH
Assistant United States Attorneys

*Attorneys for Defendants*

## SIGNATURE OF CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 8, 2024        By:    /s/ *Emily (Reitmeier) Haffner*
                                     EMILY (REITMEIER) HAFFNER
                                     JOSHUA S. BROWN
                                     CHRISTIAN D. SOLER
                                     525 University Avenue
                                     Palo Alto, California 94301
                                     emily.reitmeier@probonolaw.com
                                     *Attorneys for Plaintiffs*

**[PROPOSED] ORDER DISMISSING CLAIMS WITH PREJUDICE**

Per the Parties' joint stipulation, all claims are dismissed with prejudice. Both Plaintiffs and Defendant will be responsible for their own costs, expenses, and fees.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 9, 2024

THE HON. CHARLES R. BREYER
United States District Judge